427 A.2d 249

Commonwealth v. Johnson, Appellant.

Submitted December 6, 1979. Lawrence A. Ruth, for appel-

lant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

The order of the lower court is affirmed.